ERIC GRANT
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MARQUESE DAMON DUNBAR,<br>Defendant. | 2:26-po-00138-AC<br><br>[~~Proposed~~] ORDER TO DISMISS AND VACATE BENCH TRIAL<br><br>DATE: August 17, 2026<br>TIME: 9:00 a.m.<br>JUDGE: Honorable Allison Claire |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss the violation notice in Case Number 2:26-po-00138-AC is GRANTED.

It is further ordered that the bench trial scheduled on August 17, 2026, is vacated.

IT IS SO ORDERED.

Dated: August 10, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE